UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| TOMMY L. BORDELON | CIVIL ACTION NO. 04-1888-A SECTION "P" |
|---|---|
| -vs- | JUDGE DRELL |
| SAMUEL G. COUVILLON, et al. | MAGISTRATE JUDGE KIRK |

## JUDGMENT OF DISMISSAL

After an independent review of the record, including the objections filed by petitioner, and in concurring with the reasoning of the magistrate judge in the Report and Recommendation previously filed herein,

IT IS ORDERED that this civil rights action is DENIED AND DISMISSED WITH PREJUDICE as frivolous.

SIGNED on this 28th day of September, 2005, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge